UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 14 Cr. 057 (BAH) |
| V. | : | |
| AUGUSTIN FLORES APODACA | : | |
| and | : | |
| PANFILO FLORES APODACA | : | |
| Defendants. | : | |

**DEENDANT AUGUSTIN AND PANFILO FLORES-APODACA'S
UNOPPOSED JOINT MOTION TO DELAY PRESENTENCE REPORT DISCLOSURE**

Defendants Augustin and Panfilo Flores-Apodaca are currently scheduled to be sentenced on November 30, 2018. See Minute Order 6/4/18. The Presentence Report writer assigned to this case has advised that pursuant to a prior Order of this Court, the disclosure of the PSR is due at the end of August. The parties request that the date of the disclosure be continued until September 30, 2018. The additional time is necessary to coordinate Probation's interviews with the defendants. The requested delay in the disclosure of the Presentence Report will not affect the currently scheduled sentencing date. The undersigned has spoken to the prosecutor assigned to this case and the Government does not object to this request. Likewise, the Probation Office does not have an objection.

For all of these reasons, defendants Augustin and Panfilo Flores-Apodaca request that the

1

motion be granted. An appropriate draft Order is attached hereto.

                                    Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
3509 Connecticut Avenue, N.W.
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com
Counsel for Augustin Flores-Apodaca


*Joseph King*

_____
Joseph King
King, Campbell & Poretz PLLC
108 N. Alfred Street, 2nd Floor
Alexandria, Virginia 22314
(703) 683-7070
Fax: (703) 652-6010
jking@kingcampbell.com
Counsel for Panfilo Flores-Apodaca


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing pleading was served via ECF on Jason Ruiz and Michael Waits, Narcotic and Dangerous Drug Section, 2 Constitution Square, N.W. Washington, D.C., and to Joseph King, counsel for co-defendant Panfilo Flores-Apodaca, this day 2nd day of August 2018.


*Robert Feitel*

_____
Robert Feitel