Honorable judge.
BERYL A. Howell
Washington, D.C.

Leave to file GRANTED

Beryl A. Howell   Date 1/6/2020
Chief Judge
United States District Court

RECEIVED
JAN 0 2 2020
CHAMBERS OF
BERYL A. HOWELL
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

AGustin FLORES APODACA, under process 14-CR-57. At your charge, now at the present time with all respect i choose to let you know about some irregularities and negligence that we face in Northern Neck Regional Jail where I am detained at the moment.

1.) Health:

a) In this facility there is no doctor at the floor, occasionally he stops by twice a week. Therefore not having an efficient medical attention, I Personally have been Sending medical requests/sick calls Every two weeks for a period of Eight months So that I could get Seen by a Doctor. Then after the Doctor recommended Some medications and other artifacts that we need for our health and well being this Jail doesn't Provide us with the right medication, Even after the perscribed pills are finished weeks pass by Before they are replaced. Being that the pill container holds thirty pills Each one.
The Same thing happens with the fiber,

Shampoo, and lotions that are approved by the Doctor and medical as well. In my Case I have more than two months requesting the fiber and lotions and their reply is that they have been ordered but I do not receive them being that I should receive them month by month. The Same thing happens with the double mattress that was authorized by the Doctor himself, the facility took them back from us almost three months ago with the promise that they would return it and till this date we haven't heard anything Back nor is there anything done to resolve this issue. The Doctor gave us an X-ray to make the desicion to authorized the double mattress which we need do to our age, being that the mattress that this Jail provides have years that have been used, Being in a very bad Condition.

Also Constantly im being denied Service to check my Pressure once a week, being that I've had history of having my Pressure high twice years ago. I had a blow to my heart in my childhood. My Cardiologist recommended that I checked my Pressure at least once a week to avoid any Surprises and in this Jail im denied Service their argument being that im not on the list of people that are approved for such case.

Even though im constantly requesting medical attention. This Jail also doesn't count with an odontologist which is essential for our health.

2.)  Nourishment

a)
I consider that the food they feed us is very deficient, bad quality and unhygienic/unhealthy, The quantity being very little, low on protein and calories which they try to make up with pastas and cake in every meal. Some meals having an unpleasant smell, taste. Breakfast being fed cereal daily, where you can see an abundant vermin excrement where they transport the trays as well on the lids and occasionally you will have mice feces on the cereal. I personally have had the bad experience four times that i have eaten and tasted mice feces that has been in the cereal, like it has happened to others as well. We have seen the mice that come out of the carts that transports the trays to our Pod. The fact that we fear and worry for our health because theirs a risk that exists of us getting an illness which can be transmitted by these animals.

They also give us on lunch and dinner

This meat called "meat rock" at least seven times a month. We came to the knowledge by other inmates that have worked in the kitchen that the packages where the meat comes in the label says "Not for human consumption" the meat having an unpleasant aspect, taste and smell. As well as this so called "Turkey" that they present and serve called turkey salad and turkey water that we get at least fourteen times a month. We constantly esteem our fellow inmates that profess the Jewish faith they get diffent food but in alot of times the state of it is decomposed. Me as well as other inmates have diet trays that have been approved by the Doctor but they give us the same thing as the regular inmates the only thing that changes is the color of the trays. In my case I have authorized food that's high in fiber because of my health issues. I do not receive it, just what everyone else gets. On the other side of things, so that it be of your knowledge, I've spend more than eighteen months in this facility and not once have I or any other fellow inmates received any fruit whatsoever. Only those that receive the Kosher trays and milk of animal origin. When it comes to the beverage in the mornings we get soy milk

and juice lunch and dinner without any taste, little quantity three ounce approximantly.

3.)   Hygiene

a.)
I consider it to be unhygienic the use of jumpers, sheets, blankets, towels everything is used and in bad conditions. In the time that i have been for more than eighteen months in this facility iv'e not received any new items that i have mentioned nor have seen anyone else receive any. Also to let you know when i arrived to this facility we don't get provided with any shower shoes, underwears, shirts, socks all these things we have to buy from Commisary and the fellow inmates that don't have any finacial help, they use what is thrown away being in a bad state. Also when it comes to cleaning where we stay a Pod full of sixty inmates we get provided the cleaning supplies once a day, and the cleaning solution they give us is just a bottle of windex, which doesn't help dissenfect anything at all.

your honor i wrote all these things to let you know if it's in your hands. That you help us correct these irregularities that we may be able

To have a better living condition. Concerning the authorities in this facility we have let them known and inform them through requests/grievances and there is no results, no solutions.

Beforehand i like to apologize to take away from your time. Being that i have no one else to turn to. Also i apologize for any misspelling, for the errors in the punctuations of this letter, that i have try to the best of my knowledge.
I also thank you for your time and attention. May God Bless you.

I will like to attache a list of inmate IDS, names and signatures of fellow inmates as witnesses that have been affected by these irregularities.

Attentively,
Agustin Flores Apodaca,
#45380.

#46633 Anthony Truskolaski
30276 Gustavo P. Paz
#48258 Melvin Wann
# 4042 James Young
#45312 Victor Broad

\#

| # | Name | Signature |
|---|---|---|
| #39945 | Dwayne Atkinson | |
| #42349 | James Barber | James Barber |
| #00048391 | CRUZ RAMIREZ R. | R.C.R |
| #00048080 | James Campbell | |
| #45859 | Manuel Vélez | |
| #2007 | R. Dawkins | |
| #417970 | Garcia Fernandez Jorge | |
| #46978 | Clarence Benjamin | |
| 40973 | Ricky L Jenkins SR | |
| 33920 | RAMON A TORRES APARICIO | |
| 46630 | JOHN HARTMAN | John Hartman |
| 34249 | Ballighros | |
| 00047708 | Dartanious | Pito Jones |
| #00047273 | Nathaniel Snider | |
| 00012506 | I/K Shelling | dan Shelling |
| #00045788 | Andrew Draper | Andrew Draper |
| #00034828 | Ivan Flores | Ivan Flores |
| #00047651 | Edward Jeffries | |
| #00047717 | Brian Juhl | RN |
| #00016340 | Tyrell Brown | Tyrell Brown |
| #48303 | Romaldo Ortega | |
| 47374 | Caceres | |
| #48302 | Alexis J | |
| 48145 | Gerardo Serrano | G.S |
| 48200 | DANIEL ROSAS | DRR |
| 44708 | IRVING Shelton | |
| 48159 | Roberto Flores MARQUEZ | |
| 45309 | Berrocal Oscar | |

1

#44370 Elmin Portillo-Gutierrez    *[signature]*
#47211 George Stokes              *George Stokes*
#47198 Eric Landis                *Eric Landis*
#46999 Clarence M. Bowen          *Clarence M. Bowen*
#48374 Eric Tollefson             *[signature]*
#4573 Steven Terry                *[signature]*
#47953 Fahad Abdulkadir           *[signature]*
#47516 Camaron Wormley            *Camaron Wormley*
#48101 Dominic Smallwood          *[signature]*