Noviembre 09, de 2020.
Warsaw, VA.

Honorable Judge.
Beryl A. Howell.
Washington, D.C.

Leave to file GRANTED
/s/ B.A. Howell
Beryl A. Howell   Date 11/20/2020
Chief Judge
United States District Court

Su señoria con todo respeto me dirijo a usted para comentarle lo siguiente: Soy Agustin Flores Apodaca, bajo proceso 1-14-CR-57 a su digno cargo, hago de su conocimiento que me encuentro en la carcel llamada Northern Neck Regional Jail, en Warsaw, Virginia, donde constantemente nos dan alimentos contaminados con escremento de raton y lo hacemos del conocimiento de los oficiales en turno quienes se encargan de darnos los alimentos y tambien de las autoridades encargadas de esta carcel por medio de request, contestando que pondran atencion para solucionar esto problema, pero vemos que no es asi, ya que este dia aproximadamente a las 6:30 horas nos dieron el cereal contaminado con escremento de raton, siendo testigo el oficial Kent, que era el encargado en turno de darnos los alimentos y se dio perfectamente bien cuenta de esta situacion, ya que se encontraba a menos de un metro de distancia de mi mesa, pero unicamente

se limitó a decir que lo sentía y no hizo ningún otro comentario y tengo miedo qe al consumir estos alimentos, pueda agarrar una enfermedad de las qe transmiten los ratones, qe por mi edad pueda poner en riesgo mi vida.

Su señoría le pido una disculpa por mi atrevimiento al enviarle esta carta y solicito con todo respeto, si se encuentra dentro de sus posibilidades intervenir al respecto, para que no se sigan dando este tipo de irregularidades que en determinado momento puedan afectar nuestra salud.

De antemano agradezco sus atenciones.

ATENTAMENTE
Agustín Flores Apodaca.
#45380.